IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| BRIAN JENKINS, | : |
| Plaintiff, | : CIVIL ACTION NO. _____ |
| vs. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

**PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER
THE FEDERAL TORT CLAIMS ACT**

COMES NOW, Plaintiff BRIAN JENKINS, by and through his attorney Robert Mudd, Jr., before this Court and brings this action against the Defendant United States of America, pursuant to the Federal Tort Claims Act, 28 U.S.C.A. § 2679 as follows:

**I.**

**JURISDICTION, VENUE AND CONDITIONS PRECEDENT**

1. Plaintiff resides in Baldwin County, Alabama, which is within the jurisdiction of the Southern District Court of Alabama, Southern Division.

2. The claims herein are brought against the United States pursuant to the Federal Tort Claims Acts 28 U.S.C. §1346(b), § 1402(b), § 2401(b), and §§ 2671-2680, for money damages as compensation for personal injuries and property damage that were caused by the negligent and wrongful acts and omissions of employees of the United States Government while acting within the scope of their offices and employment, under circumstances where the United States, if a private citizen would be liable to the Plaintiff in accordance with the laws of the State of Alabama.

3. Venue is proper in this Court in that all, or a substantial part, of the acts and omissions forming the basis of these claims occurred in the Southern District of Alabama, and arose from the negligent conduct by the United States Government and its agents on or about October 17, 2023.

4.  Plaintiff has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.

5.  This suit has been timely filed and the Plaintiff has timely served notice of the claim on the United States Postal Service on January 18, 2025. The United States Postal Service forwarded the claim to the USPS NTC (National Tort Center) on March 10, 2025.

## II.

### FACTS FORMING THE BASIS OF THE CLAIM

6.  Plaintiff received serious personal injuries after being run over by a U. S. Postal Service vehicle negligently driven by U.S. Postal Service employee. The Plaintiff was lying in his front yard when the U.S. Postal Service employee ran over him and stopped her vehicle on top of him causing physical injury to Plaintiff.

7.  At all times material, Latrenna Kwinterra Montgomery was an employee of United States Postal Service and therefore a claim for negligence may be pursued against the United States.

8.  Plaintiff would be entitled to pursue these claims under the Laws of the State of Alabama, including but not limited to, claims in the nature of negligence and/or wantonness.

9.  The claims of are based upon the facts and events set forth below, all of which actions were taken (and events were caused) by a United States Postal Service employee and an agent of the United States Government while acting within the scope of her employment.

   a) Latrenna Kwinterra Montgomery, in her capacity as a United States Postal Service employee, negligently and/or wantonly operated her vehicle in such a fashion as to allow it to run over Plaintiff while he was lying in his front yard of his home in Baldwin County, Alabama.

   b)  As a proximate result of the negligence and/or wantonness on the part of the United States Postal Service employee, the Plaintiff suffered second and third degree burns to his

torso and both upper arms, spinal fractures, injury to his right arm and elbow, numerous abrasions, contusions and swelling, along with severe anxiety and Post Traumatic Stress Disorder. Plaintiff was caused to incur substantial medical expenses and loss of wages during his recovery.

### III.

### CLAIM - VIOLATION OF 28 U.S.C. §1346(b)(1)

1. Plaintiffs incorporates by reference herein allegations set forth above.

2. The acts and events set forth above constitute negligence and/or wantonness under the Laws of the State of Alabama. Because these acts and events were undertaken and caused by an employee and agent of the United States, the United States Government is liable for all damages caused by such acts as provided by 28 U.S.C. §1346(b)(1).

### IV.

### DAMAGES

1. Plaintiff incorporates by reference herein allegations set forth above.

2. Plaintiff has suffered the following injuries and/or damages for which he seeks full compensation under the law.

   a) Medical expenses incurred as the result of injuries suffered in the incident;

   b) Pain, suffering, and mental anguish to Plaintiff in the past and pain, suffering and mental anguish in the future.

   c) Loss of past and future income to Plaintiff.

   d) Loss of consortium to Plaintiff.

### V.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiff is entitled to damages from the United States, and he hereby prays that judgment be entered in his favor and against the United States Government as follows:

1. Compensatory damages for medical expenses, pain and suffering and mental anguish in the sum of $1,000,000.00;

2. Compensatory damages for the loss of consortium;

3. Cost of prosecuting this action; and

4. Such other damages as the Court deems appropriate.

Respectfully submitted,

*/s/ Robert H. Mudd, Jr.*
ROBERT H. MUDD, JR. (MUD002)
Attorney for Plaintiff
954 Government Street
Mobile, Alabama 36604
(251) 432-6124
rmudd@rmuddlaw.com

SERVE DEFENDANT VIA CERTIFIED MAIL

Victoria Todd
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602